UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSE CASTRO-VEGA,

        Plaintiff,

        v.

STEVE WAIBLE, individually; JOANNE REESE, individually; and OLYMPIC HOME IMPROVEMENTS, LLC, an Oregon limited liability company,

        Defendants.

Civil No. 07-675-ST

ORDER

HAGGERTY, Chief Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation [31] acknowledging that plaintiff is the prevailing party and is entitled to an award of reasonable attorney fees, but also recommending that plaintiff's Motion for Attorney Fees and Costs [25] should be DENIED with leave to file an amended motion. No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

1 -- ORDER

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [31] is adopted. Within twenty days of this Order's issuance, counsel for plaintiff shall file an amended motion for fees and costs that provides good cause for filing the original claim for fees and bill of costs two days beyond the statutory deadline, and also provides the documentation requested by the Magistrate Judge regarding the hourly rates being sought, the billing records or time sheets, and the "nature" of the litigation costs requested. Counsel's time calculations should reflect the time that is spent preparing the records that support the rates and fee and cost requests that were advanced in the initial motion.

IT IS SO ORDERED.

Dated this __2__ day of May, 2008.

                                                          /s/ Ancer L. Haggerty
                                                            Ancer L. Haggerty
                                          United States District Judge