

FILED'08 JUL 01 08:14 USDC-ORE

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

JOSE CASTRO-VEGA,

    Plaintiff,

    v.

STEVE WAIBLE, individually; JOANNE REESE, individually; and OLYMPIC HOME IMPROVEMENTS, LLC, an Oregon limited liability company,

    Defendants.

Civil No. 07-675-ST

ORDER

HAGGERTY, Chief Judge:

Magistrate Judge Stewart issued a Findings and Recommendation [39] concluding that plaintiff is the prevailing party and is entitled to an award of reasonable attorney fees and costs totaling $6,989.93. No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

1 -- ORDER

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [39] is adopted as follows: plaintiff's Amended Motion for Attorney Fees and Costs [34] in the amounts of $6,922.50 in attorney fees plus $67.43 in litigation expenses, for a total of $6,989.93 is GRANTED.

IT IS SO ORDERED.

Dated this 30 day of June, 2008.

Ancer L. Haggerty
United States District Judge

2 -- ORDER